Paul C. Mettille and Paul J. Mettille, a Minor, by Jessie M. Mettille, His Next Friend, Plaintiffs-Appellees, v. Gulf Insurance Company, a Texas Corporation, and W. & W. Pontiac-Cadillac, Inc., an Illinois Corporation, Defendants.

W. & W. Pontiac-Cadillac, Inc., an Illinois Corporation, Counterplaintiff, v. Gulf Insurance Company, a Texas Corporation, Counterdefendant-Appellant.

Gen. No. 67–96.

Third District.
March 27, 1969.

Delbert T. Been, of Chicago, and White & Sinon, of Ottawa, for appellants; Pool & Langer, and Craig Armstrong, of Ottawa, for appellees. Opinion by JUSTICE ALLOY. Not to be published in full.